Gehi & Associates
173-29 Jamaica Ave.,
Jamaica, NY 11432
Tel: (718) 764=6911
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X        Case No.

SASHANE HALL

                                                                              **COMPLAINT**

                    Plaintiff,
        v.

THE ACADEMY CHARTER SCHOOL

                    Defendant(s).
----------------------------------------------------------X

    Plaintiff SASHANE HALL (hereinafter referred to as Plaintiff), by and through her

attorney, Gehi & Associates, hereby brings this complaint against Defendant THE ACADEMY

CHARTER SCHOOL and alleges as follows:

                                      **INTRODUCTION**

1. This action is brought by Plaintiff SASHANE HALL, on behalf of herself as well as other

employees similarly situated, against Defendant for alleged violations of Title VII of the Civil

Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq**.,** and 42 U.S.C. § 1981a, arising from

Defendant's various willful and unlawful labor practices. Plaintiff contends that Defendant's

officials and employees discriminated against her by demoting him to another position and

eventually terminating him. Plaintiff further asserts that the actions of Defendant created a hostile

working environment characterized by discriminatory harassment. Plaintiff filed a claim before

EEOC on December 14, 2022 which was received by the said office on December 23, 2022. EEOC

issued a notice of right to sue on September 20, 2024.

## JURISDICTION AND VENUE

2.  This Court has jurisdiction over the subject matter of this civil action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-16.

3.  Venue is proper in this judicial district under 42 U.S.C. Section 2000e-5(f)(3) because Defendant conducts its operation in this District, and the acts and omissions giving rise to the claims herein alleged took place in this District.

## PARTIES

4.  Plaintiff Sashane Hall was employed by Defendant to work as a teacher at The Academy Charter School located at 117 N Franklin St., Hempstead, NY 11550 -1314 from on or about May 2021 until he was transferred to another position in August 2022.

5.  Defendant The Academy Charter School is a network of schools in Uniondale and Hempstead, New York.

## STATEMENTS OF FACTS

6.  Plaintiff is a Jamaican citizen who came to the United States as an exchange visitor. His participating program position was a "teacher" or, more specifically, a "homeroom classroom teacher for students in grade 5".

7.  In or around May of 2021, Plaintiff was recruited by Mrs. Beverly Gallimore Vernon, a principal at The Academy Charter School in Hempstead.

8.  Plaintiff was transferred to the Teachers' Council, a designated sponsor of the U.S. Department of State's exchange visitor program for teachers.

9.   As a requirement under a J-11 visa, Mr. Hall was required to engage in classroom instruction for three (3) to five (5) years.

10. Upon information and belief, from August 16, 2021, to around early May 2022, Plaintiff reported directly to Academy Charter School's Elementary Principal, Dr. Dawn Cejas, and later to Assistant Principal Alyssa Workman.

11. The Plaintiff experienced no difficulties managing his classroom or fulfilling his responsibilities as a teacher. Nevertheless, during this period, he was subjected to discriminatory remarks from his students and the spread of rumors regarding his sexual orientation. These actions caused the Plaintiff significant frustration and stress, ultimately resulting in his hospitalization.

12. Upon information and belief, Plaintiff raised the issues to the administration. However, his concerns were not addressed.

13. A series of actions taken by the Defendant exacerbated the plaintiff's discriminatory treatment. Specifically, the Plaintiff was reassigned to a position as a Push-In Spoken Word Teacher, a role for which he lacked expertise. Subsequently, he was transferred to the Academy Charter School (Middle School) to serve as an art coordinator for grades K-8, a position that was inconsistent with the objectives of his J-1 Visa. Additionally, the Plaintiff was excluded from the yearbook, further contributing to the discriminatory environment.

14. Upon information and belief, on November 18, 2022, Plaintiff was terminated based on unfounded allegations of inappropriate conduct and resistance to his teaching duties.

**STATEMENT OF CLAIMS**

**COUNT I: Discrimination Based on Sexual Orientation**

15. Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1 though 14.

16. Defendant discriminated against Plaintiff based on his sexual orientation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq**.,** and 42 U.S.C. § 1981a. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretexts to hide Defendant's discriminatory animus.

### COUNT II : Hostile and Abusive Working Environment

17. The foregoing paragraphs are alleged and incorporated by reference herein.

18. The Defendant's conduct as alleged above constitutes hostile and abusive working environment in violation of Title VII. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the court award him:

a. A declaratory judgment that the practices complained of herein are unlawful under Title VII of the Civil Rights Act of 1964;

b. An injunction against Defendant its officers, agents, successors, employees, representatives and any and all persons acting in concert with them as provided by law, from engaging in each of unlawful practices and policies set forth herein;

c. The award of $500,000.00, in compensatory damages suffered because of the discrimination;

d. Cost and reasonable attorney's fees incurred with this lawsuit with interest thereon; and

e. Other damages and further relief as deemed just.

Dated: December 17, 2024

Respectfully submitted,


/s/ Naresh M. Gehi
Naresh M. Gehi, Esq.
Gehi and Associates
173-29 Jamaica Ave.,
Jamaica, NY 11432
(718) 764-6911
court@gehilaw.com